943 F.2d 6
 UNITED STATES of America, Plaintiff-Appellee,
v.
Terry James PIERRE and Otis Harris, III, Defendants-Appellants.
 No. 90-8273.
 United States Court of Appeals,
Fifth Circuit.
 Sept. 16, 1991.
 
 Kenneth D. DeHart, Alpine, Tex. (Court-appointed), for Pierre.
 Charles Louis Roberts, El Paso, Tex., for Harris.
 W.W. Torrey, LeRoy Morgan Jahn, Asst. U.S. Attys., Ronald F. Ederer, U.S. Atty., San Antonio, Tex., for plaintiff-appellee.
 Appeals from the United States District Court for the Western District of Texas; Lucuis D. Bunton, III, Chief Judge.
 (Opinion May 21, 1991, 5 Cir., 1991, 932 F.2d 377)
 Before CLARK, Chief Judge, POLITZ, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHE, WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.*
 
 BY THE COURT:
 
 1
 A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,
 
 
 2
 IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.
 
 
 
 *
 Judge Alvin B. Rubin was a member of the panel that decided this case but died subsequent thereto on June 11, 1991